## JOSEPH ABREU *v.* KARISSA LEONE

The petition by the department of children and families for certification for appeal from the Appellate Court (AC 28880) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 18048.

*John E. Tucker*, assistant attorney general, in support of the petition.

Decided December 14, 2007

## DEBORAH ROSE LINDER *v.* SAMUEL JAY LINDER*

The defendant's petition for certification for appeal from the Appellate Court (AC 28987) is granted, limited to the following issue:

"Where an appellant within the twenty day period allowed for the taking of an appeal files in the trial court a motion for extension of time within which to file the appeal, and the trial court grants the motion (but grants it after the period within which to take an appeal has passed), and the appellant files the appeal within the extension period allowed by the trial court, is the appeal untimely filed?"

The Supreme Court docket number is SC 18066.

*Jeremiah Donovan*, in support of the petition.

Decided December 14, 2007

---

* The appeal was withdrawn October 1, 2008.